Case 14-35400-KLP    Doc 18    Filed 11/14/14    Entered 11/15/14 00:40:27    Desc Imaged
Certificate of Notice    Page 1 of 2

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 14−35400−KLP
**Chapter** 7
**Judge** Keith L. Phillips

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher Jerome Winstead  
24302 Lake Drive  
N. Dinwiddie, VA 23803

Shena Netia Winstead  
24302 Lake Drive  
N. Dinwiddie, VA 23803

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):  
Debtor: xxx−xx−6587                    Joint Debtor: xxx−xx−5913

Employer Tax−Identification (EIN) No(s).(if any):  
Debtor: NA                    Joint Debtor: NA

## NOTICE OF HEARING

A

*16* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Wells Fargo Dealer Services filed by Wells Fargo Dealer Services, Inc..(Nidome, Gabriela)

has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:** January 14, 2015            **Time:** 10:00 AM

**Location:**

Judge Phillips' − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219

Dated: November 11, 2014            For the Court,

[VAN022BKAPvDec2009.jsp]            William C. Redden, Clerk  
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                            Case No. 14-35400-KLP
Christopher Jerome Winstead                                       Chapter 7
Shena Netia Winstead
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: luedecket          Page 1 of 1          Date Rcvd: Nov 11, 2014
                              Form ID: VAN022          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2014.
```
db/jdb       +Christopher Jerome Winstead,   Shena Netia Winstead,    24302 Lake Drive,
               N. Dinwiddie, VA 23803-9448
cr           +Wells Fargo Dealer Services, Inc.,    P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2014 at the address(es) listed below:
```
          Bruce E. Robinson    bruce.robinsontr@gmail.com,
           therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
          Linda D. Jennings    on behalf of Debtor Christopher Jerome Winstead ldjennings.legal@gmail.com,
           thedebtlawgroupmail@gmail.com,chadesimmons.legal@gmail.com,DLGHearings@gmail.com
          Linda D. Jennings    on behalf of Joint Debtor Shena Netia Winstead ldjennings.legal@gmail.com,
           thedebtlawgroupmail@gmail.com,chadesimmons.legal@gmail.com,DLGHearings@gmail.com
                                                                                             TOTAL: 3
```